# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-1702
_____

Serandon Ramon Starling

*Plaintiff - Appellant*

v.

Cantrell Bass, Lt., Tucker Max, ADC; Antonio Johnson, Major, Tucker Max, ADC

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: January 14, 2026
Filed: January 21, 2026
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Serandon Starling appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Following a de novo review, we

_____

[1]The Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

conclude that the district court did not err in granting summary judgment. See Johnson v. Carroll, 658 F.3d 819, 825 (8th Cir. 2011) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____